IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY DOZIER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19-cv-1007-ALB ) |
| HOUSTON COUNTY, *et al.*, | ) ) |
| Defendant. | ) |

# **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on February 10, 2020. (Doc. 5.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered separately.

**DONE** and **ORDERED** this 6th day of March 2020.

                                              /s/ Andrew L. Brasher
                                       ANDREW L. BRASHER
                                       UNITED STATES DISTRICT JUDGE